UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.   2:24-cv-02611-CV-AJR | Date:  October 15, 2025 |
| | Page 1 of 2 |

Title:   Joe Alfred Taylor-El, III v. Leanna Lundy, et al.

---

**DOCKET ENTRY:**   **ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE BECAUSE PLAINTIFF HAS NOT FILED A FIRST AMENDED COMPLAINT**

---

PRESENT:

**HONORABLE A. JOEL RICHLIN, UNITED STATES MAGISTRATE JUDGE**

| Claudia Garcia-Marquez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:  (IN CHAMBERS)**

On July 29, 2024, *pro se* Plaintiff Joe Alfred Taylor-El, III ("Plaintiff"), a state prisoner presently incarcerated at California Department of Corrections and Rehabilitation at the Substance Abuse Treatment Facility and State Prison-Corcoran, filed a Complaint pursuant to 42 U.S.C. § 1983.  (Dkt. 11.)  On November 4, 2024, Defendants filed a Motion to Dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) (the "Motion").  (Dkt. 21.)  On July 11, 2025, the Court granted Defendants' Motion with leave to amend.  (Dkt. 44.)  After granting several extensions, the Court set a deadline of October 3, 2025, for Plaintiff to file a First Amended Complaint.  (Dkts. 45-48.)

As of today, Plaintiff has neither filed an amended complaint nor requested a further extension of time in which to do so.  This action cannot move forward unless and until Plaintiff files an amended complaint.  **As the Court previously advised Plaintiff on several occasions, failure to file a First Amended Complaint will result in a**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No.     2:24-cv-02611-CV-AJR                             Date: October 15, 2025
                                                              Page 2 of 2

Title:     Joe Alfred Taylor-El, III v. Leanna Lundy, et al.

**recommendation that this action be dismissed with prejudice for failure to prosecute and/or obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**

     Plaintiff is ordered to file a First Amended Complaint, if any, by **October 29, 2025** or show cause why the action should not be dismissed with prejudice for failure to prosecute. If Plaintiff chooses to file a First Amended Complaint, it should bear the docket number assigned to this case (2:24-cv-02611-CV-AJR), be labeled "First Amended Complaint," and be complete and of itself without reference in any manner to the Complaint or any other document (except any document that Plaintiff chooses to attach to the First Amended Complaint as an exhibit). Plaintiff is encouraged to state his claims in simple language and provide only a brief statement of supporting facts, omitting facts that are not relevant. Should Plaintiff decide to file a First Amended Complaint, he is encouraged to utilize the CV-66 form complaint attached to this Order.

     If Plaintiff no longer wishes to pursue this action or certain claims or defendants, he may voluntarily dismiss the entire action, certain claims, or certain defendants by filing a Notice of Dismissal in accordance with Federal Rule of Civil Procedure 41(a)(1). <u>A form Notice of Dismissal is attached for Plaintiff's convenience</u>.

     IT IS SO ORDERED.

<u>Attachment</u>:
CV-09, Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c).
CV-66, United States District Court, Central District of California Civil Rights Complaint.